IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANTONIA GARCIA                         : CIVIL ACTION
                                       :
    vs.                                :
                                       : NO. 09-CV-3809
NEWTOWN TOWNSHIP,                      :
JOSEPH CZAJKOWSKI,                     :
THOMAS JIRELE, PHILIP CALABRO,         :
MICHAEL GALLAGHER and                  :
JERRY SCHENKMAN                        :

**ORDER**

AND NOW, this 9th day of June, 2011, upon consideration of the Defendants' Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56 (Doc. No. 52) and Plaintiff's Response thereto, it is hereby ORDERED that the Motion is GRANTED in all respects with the exception of Plaintiff's claim against Defendant Czajkowski in Count I for retaliatory dismissal in violation of her First Amendment right to speak on the matter of the amount of time Messrs. Czajkowski and Boyle spent working for the Township.

IT IS FURTHER ORDERED that Judgment is entered as a matter of law in favor of Defendants Newtown Township, Thomas Jirele, Philip Calabro, Michael Gallagher and Jerry Schenkman on all of the counts remaining in the Complaint and in favor of Defendant Joseph Czajkowski on all of the claims remaining against him in the Complaint with the exception of that above-noted claim set forth in Count I.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER,        C.J.